Order issued November 2 , 2012

004716



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01622-CV

**THE STATE OF TEXAS, Appellant**

**V.**

**RODGER A. JOHNSON, ET AL., Appellees**

## ORDER

We **GRANT** appellant's October 26, 2012 unopposed motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before November 19, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE